AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Columbia

| United States of America | ) | Case: 1:22-cr-00096 |
| v. | ) | Assigned To : Kollar-Kotelly, Colleen |
| Lauren Handy, et al. | ) | Assign. Date : 3/24/2022 |
|  | ) | Description: INDICTMENT (B) |

*Defendant*

## ARREST WARRANT

To:  Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)*  Jean Marshall,

who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☐ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:
18 U.S.C. § 241 (Conspiracy Against Rights)
18 U.S.C. §§ 248(a)(1), 2 (Clinic Access Obstruction)

Date:  03/24/2022

Zia M. Faruqui
2022.03.24 17:26:49
-04'00'

*Issuing officer's signature*

City and state:  WASHINGTON, D.C.

HON. ZIA M. FARUQUI
*Printed name and title*

### Return

This warrant was received on *(date)* 03/29/2022, and the person was arrested on *(date)* 03/30/2022
at *(city and state)* BOSTON, MA.

Date:  04/04/2022

*Arresting officer's signature*

GEOFFREY J. KELLY, SA FBI
*Printed name and title*