# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| v. | : |
| | : **CRIMINAL NO. 22-CR-96 (CKK)** |
| **LAUREN HANDY,** | : |
| | : |
| **JONATHAN DARNELL,** | : |
| | : |
| **JAY SMITH (aka JUANITO PICHARDO),** | : |
| | : |
| **PAULETTE HARLOW,** | : |
| | : |
| **JEAN MARSHALL,** | : |
| | : |
| **JOHN HINSHAW,** | : |
| | : |
| **HEATHER IDONI,** | : |
| | : |
| **WILLIAM GOODMAN, and** | : |
| | : |
| **JOAN BELL,** | : |
| | : |
| **Defendants.** | : |

## PRETRIAL SCHEDULING ORDER
(August 5, 2022)

The parties shall adhere to the following deadlines in advance of trial.

*Deadlines*

**Discovery & Associated Deadlines**
| | |
|---|---|
| Government to complete any final discovery under present indictment | October 14, 2022 |
| Aspirational date for grand jury decision re: superseding indictment | October 14, 2022 |
| Government to complete discovery under any superseding indictment | December 2, 2022 |
| Discovery motions (Fed. R. Crim. P. 16) | December 9, 2022 |

**Expert Notices & Other Crimes Evidence**
| | |
|---|---|
| Government's expert notice (FRE 701 & 702) | N/A |
| Defendant's expert notice (FRE 701 & 702) | N/A |
| Government's FRE 404(b) notice | January 20, 2023 |
| Defendant's response to FRE 404(b) notice | January 20, 2023 |
| *Brady* notice | January 27, 2023 |

1

<u>Experts</u>
Expert reports (FRE 702)                                              N/A
Lay witness identification and subject matter (FRE 701)               February 3, 2023

<u>Non-Evidentiary Pretrial Motions</u>
Defendant's non-evidentiary pretrial motions,
such as motions challenging the indictment                            December 9, 2022
    Government's response to Defendant's non-evidentiary motions    December 23, 2022
    Defendant's reply as to non-evidentiary motions               December 30, 2022
Government's non-evidentiary pretrial motions                         December 9, 2022
    Defendant's response to Government's non-evidentiary motions    December 23, 2022
    Government's reply as to non-evidentiary motions              December 30, 2022

<u>Evidentiary Pretrial Motions</u>
Defendant's evidentiary pretrial motions,
such as motions to suppress evidence, or *Daubert*                    February 10, 2023
    Government's response to Defendant's evidentiary motions      February 24, 2023
    Defendant's reply as to evidentiary motions                   March 3, 2023
Government's evidentiary pretrial motions,
such as *Daubert* and other crimes (404(b))                           February 10, 2023
Defendant's response to Government's evidentiary motions              February 10, 2023
    Government's reply as to evidentiary motions                  March 3, 2023

<u>Motions in Limine</u>
Motions *in limine* by both sides                                     March 10, 2023
Responses to motions *in limine*                                      March 17, 2023
Replies as to motions *in limine*                                     March 24, 2023

Joint notice of stipulations                                          March 17, 2023

*Giglio* and *Jencks* material                                        March 17, 2023

*Voir Dire* and Jury Instructions                                     March 24, 2023

<u>Witness and Exhibit Lists</u>
Government's witness list, exhibit list and exhibits                  March 3, 2023
Defendant's witness list, exhibit list and exhibits                   March 3, 2023

Pre-Trial hearings (to include resolutions of objections to evidence) shall take place as needed on a series of dates to be discussed with the Court.

Defendants shall be separated into two groups for trial. Trial shall commence for Defendants **Handy, Bell, Goodman, and Idoni** on **March 27, 2023**. Trial shall commence for Defendants **Harlow, Marshall, Smith, Hinshaw, and Darnell** on **April 11, 2023**.

**SO ORDERED.**

                                                */s/ Colleen Kollar-Kotelly*
                                                COLLEEN KOLLAR-KOTELLY
                                                United States District Judge