# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | Case No.: 22-CR-96 (CKK) |
| JOAN BELL ) | |
| ) | |
| Defendants ) | |

## DEFENDANT'S NOTICE OF JOINDER

Defendant, Joan Bell, hereby Notices her Joinder of the Motion to Dismiss filed by co-defendant Lauren Handy, ECF Doc. 159, as well as all other such motions filed on behalf of any other co-defendant on this 27th day of January, 2023.

Respectfully submitted,

*Stephen F. Brennwald*

_____
Stephen F. Brennwald, Bar No. 398319
Brennwald & Robertson, LLP
922 Pennsylvania Avenue, S.E.
Washington, D.C. 20003
(301) 928-7727
sfbrennwald@cs.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the foregoing was sent, by ECF, this 27th day of January, 2022, to all counsel of record in this case.

*Stephen F. Brennwald*

_____
Stephen F. Brennwald