UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Crim. No. 22-cr-96 (CKK) |
| JAY SMITH (aka JUANITO PICHARDO), | : |
| Defendant. | : |

## INFORMATION

The United States Attorney for the District of Columbia charges:

On or about October 22, 2020, in the District of Columbia, the defendant, JAY SMITH, did by force and physical obstruction, intentionally injure, intimidate, and interfere with Nurse K and the employees of the Washington Surgi-clinic because they were and had been providing reproductive health services. This offense resulted in bodily injury to Nurse K.

(In violation of Title 18, United States Code, Section 248(a)(1) and (b)(2)).

Respectfully submitted,

*Matthew M. Groves/jph*
MATTHEW M. GRAVES
United States Attorney
D.C. Bar #481052

Dated: January 30, 2023