Use the Tab key to move from field to field on this form.          CO-290
Notice of Appeal Criminal                                           Rev. 3/88

# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. ) Criminal No. 22-96(CKK)
)
Joan Bell )

## NOTICE OF APPEAL

Name and address of appellant:    Joan Bell
1901 D Street SE
Washington, D.C.

Name and address of appellant's attorney:   Stephen F. Brennwald
922 Pennsylvania Avenue SE
Washington, DC 20003

Offense: Conspiracy Against Rights, 18 USC 241

Concise statement of judgment or order, giving date, and any sentence:

Defendant appeals her convictions in this matter. Judgment date is May 15, 2023. Defendant was sentenced to 27 months in prison on Count 1 and 12 months in prison, to run concurrently, on Count 2.

Name and institution where now confined, if not on bail:

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

5/15/24
DATE                                    APPELLANT
                                        [signature]
                                        ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE    [ ]
CJA, NO FEE             [✓]
PAID USDC FEE           [ ]
PAID USCA FEE           [ ]

Does counsel wish to appear on appeal?                           YES [ ]   NO [✓]
Has counsel ordered transcripts?                                 YES [ ]   NO [✓]
Is this appeal pursuant to the 1984 Sentencing Reform Act?       YES [✓]  NO [ ]