# United States District Court for the District of Columbia

UNITED STATES OF AMERICA )
)
vs. )   Criminal No. 22-CR-96-CKK
)
William Goodman )
)

## NOTICE OF APPEAL

Name and address of appellant: William Goodman
Pending BOP Designation

Name and address of appellant's attorney: Howard J. Walsh III
7101 Wisconsin Ave Suite 1200
Bethesda, MD 20814

Offense: Conspiracy Against Rights 18 USC 241, Clinic Access Obstruction 18 USC 248 (a)(1)

Concise statement of judgment or order, giving date, and any sentence:

May 14th, 2024 sentenced on Count 1 to 27 months incarceration, credit for time served, 36 months of Supervised Release, Count 2, sentenced to 12 months to run concurrently, 12 months of Supervised Release to run concurrently to Count 1.

Name and institution where now confined, if not on bail: Alexandria Detention Center

I, the above named appellant, hereby appeal to the United States Court of Appeals for the District of Columbia Circuit from the above-stated judgment.

5/16/24
DATE

APPELLANT
ATTORNEY FOR APPELLANT

GOVT. APPEAL, NO FEE [ ]
CJA, NO FEE [✔]
PAID USDC FEE [ ]
PAID USCA FEE [ ]

Does counsel wish to appear on appeal?                YES [ ]   NO [✔]
Has counsel ordered transcripts?                      YES [ ]   NO [✔]
Is this appeal pursuant to the 1984 Sentencing Reform Act?  YES [ ]   NO [ ]