**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**<br><br>**v.**<br><br>**JAY SMITH,**<br><br>**Defendant.** | **Case No. 22-CR-96 (CKK)** |

**UNITED STATES' MOTION TO DISMISS INDICTMENT WITH PREJUDICE**
**PURSUANT TO FEDERAL RULE CRIMINAL PROCEDURE 48(a)**

The United States of America, by and through its attorney, the United States Attorney for the District of Columbia, respectfully submits this motion.

Pursuant to Federal Rule of Criminal Procedure 48(a), the government hereby moves to dismiss the indictment against defendant Jay Smith with prejudice. The government cites to the Executive Order dated January 23, 2025, Granting Pardons and Commutation of Sentences for Convictions in this matter, 22-cr-96, as the reason for this dismissal.

Respectfully submitted,

EDWARD R. MARTIN, JR.
Acting United States Attorney
D.C. Bar No. 481866

*/s/Elizabeth Aloi*
ELIZABETH ANN ALOI
Assistant United States Attorney
D.C. Bar No. 1015864
601 D Street, NW
Washington, D.C. 20530
Elizabeth.Aloi@usdoj.gov
(202) 252-7212